155 P.3d 690

# INTERMEDIATE COURT OF APPEALS OF HAWAI'I

**April 5, 2007**

| 27281 | Jou v. Argonaut Ins. Co. | Affirmed |

**April 10, 2007**

| 27518 | Lepere v. Hanaumi | Affirmed |
| 27720 | State v. Asam | Affirmed |

**April 11, 2007**

| 26370 | Kuamoo v. State, Dept. of Agriculture | Affirmed |

**April 12, 2007**

| 27687 | State v. Bales | Affirmed |
| 27999 | State v. English | Affirmed |

**April 13, 2007**

| 27794 | State v. Holau | Affirmed |
| 27722 | State v. Spillner | Affirmed |
| 26912 | State v. Tampon | Affirmed |

**April 18, 2007**

| 27458 | Cho v. State | Vacated and Remanded |
| 27591 | State v. Kahalehau | Affirmed |

**April 19, 2007**

| 26985 | Caires v. State | Affirmed |
| 26751 | State v. Abbott | Affirmed |
| 27843 | State v. Ball | Affirmed |